FILED
9-2-03 bc
DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Western DIVISION

GREGORY K. JONES
Plaintiff

v.

WAFFLE HOUSE, INC.
Defendant

NO. 5:03-CV-494-BR(3)

COMPLAINT

Plaintiff resides at:

Post Office Box 64282 Fayetteville, North Carolina 28306

Defendant(s)' name(s) and address(es), if known:

Post Office Box 6450 Norcross, Georgia 30091-6450

1

cys to pltf for svc.

Jurisdiction in this court is based on:

Title VII of the Civil Rights Act, the Americans with Disabilities Act, or the Age Discrimination in Employment Act

The acts complained of in this suit concern:

Terminated for reporting incidents - February 07, 2002

Not promoted and passed over - October 1, 2001

Disability Discrimination - October 15, 2001

Threatened with job - October 15, 2001

Gender Discrimination - November 25, 2001

Race Discrimination - October 1, 2001

The Waffle House Inc., failed on three different occasions to prove to State Adjudicators basis of my termination as according to their own facts.

They found in each occasion that I was wrongfully terminated.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Lost compensation for non-promotion $108,800.00,

Re-entry into work force & rebuild to lost status $244,800.00, lost

compensensation $81,600.00, Cobra Election pmt $13,500, Relocation for

job in Mgt $39,600.00, emotional distress personal and family $3,712,000.00

Total Damages $4,200,000.00 plus attorney fees.

August 29, 2003

DATE

SIGNATURE OF PLAINTIFF

Post Office Box 64282

Fayetteville, NC 28306

910-303-6088

ADDRESS AND PHONE NUMBER OF PLAINTIFF